IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | |
| ) | Criminal No. 1:07-cr-006 |
| Plaintiff,    ) | |
| ) | **ORDER GRANTING LEAVE TO FILE** |
| -vs-    ) | **DISMISSAL OF COUNT EIGHT OF** |
| ) | **THE INFORMATION** |
| ALVIN M. SCHUMACHER,    ) | |
| ) | |
| Defendant.    ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is hereby **GRANTED** for filing of the dismissal of Count Eight of the Information against ALVIN M. SCHUMACHER, defendant.

Dated this 12th day of September, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court